# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>            Plaintiff, )<br>      v.     )<br>           )<br>KELLY NUNES, )<br>           )<br>            Defendant. ) | 2:10-CR-356-LDG-(VCF) |

### ORDER OF FORFEITURE

This Court found on June 26, 2012, that KELLY NUNES shall pay a criminal forfeiture money judgment of $2,341,350.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Amended Order of Forfeiture, ECF No. 351.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KELLY NUNES, a criminal forfeiture money judgment in the amount of $2,341,350.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 11 day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE