# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:10-cr-0356-LDG-LRL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| KELLY NUNES, et al., | |
| Defendants. | |

Given the court of appeal's decision on March 4, 2014, affirming defendant Nunes' conviction (#427), and his delay in filing his February 22, 2014, motion for release of grand jury transcripts (#426),

THE COURT HEREBY ORDERS that defendant's motion for release of grand jury transcripts (#426) is DENIED as moot.

DATED this __8th__ day of April, 2014.

_____
Lloyd D. George
United States District Judge