# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KELLY BRYAN NUNES,

    Defendant.

Case No. 2:10-cr-00356-LDG (VCF)

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that Defendant Kelly Bryan Nunes' Motion for Extension of Time to Reply (#491) is GRANTED as follows: Defendant shall have to and including August 19, 2016, to file a reply to his Motion to Vacate Pursuant to 28 U.S.C. §2255.

    THE COURT FURTHER **ORDERS** that Defendant Kelly Bryan Nunes' Motion for Appointment of Counsel (#494) is DENIED.

DATED this  13  day of July, 2016.

_____
Lloyd D. George
United States District Judge