Kelly Bryan Nunes
2901 Sammy Davis Jr. Drive
Las Vegas, Nevada 89109
702.972.6606 Phone
dodgerbluein702@gmail.com

COUNSEL/PARTIES OF RECORD
AUG 12 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

Kelly Bryan Nunes,

    Petitioner,

-vs-

United States of America,

    Respondent.

CASE NO. 2:10-CR-00356-LDG-VCF

PETITIONER'S MOTION FOR AN EXTENSION OF TIME PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 6(B)(1)(A) AND/OR (B)

EXPEDITED REVIEW REQUESTED

  **COMES NOW,** the Petitioner, Kelly Bryan Nunes, Pro Se, with his Motion for an Extension of Time, pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1)(A) and/or (B). This is the Petitioner's second and final request. As set forth more fully in the accompanying Memorandum of Points and Authorities, all matters of record and exhibits, the Petitioner's motion should be granted.

### RELEVANT PROCEDURAL HISTORY

  On 20. November 2015, four days prior to his release from custody and return home to Las Vegas, Nevada, the Petitioner filed his first Motion for an Extension of time. The court granted the Petitioner's request on 13. July 2016. However, the Petitioner did not receive the court's order until the 12. August 2016.

### MEMORANDUM OF POINTS AND AUTHORITIES

A. FEDERAL RULES OF CIVIL PROCEDURE, RULE 6(B)(1)(A) AND/OR (B), EXTENDING TIME.

Pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1)(A) and/or (b), the court may grant a party's request for an extension of time for good cause, which applies in the instant case. After the Petitioner's release from custody he resided in the Las Vegas Community Corrections Center (Halfway House). During that time the Petitioner did not have access to a law library, a computer, printer or a typewriter. However, the Petitioner made every reasonable effort to travel by bus to the Clark County Law Library where he diligently worked to complete his Reply. Only recently, through a grant, did the Petitioner receive a computer and he is now able to complete and print his Reply without incurring expenses, which he does not have the money to pay for.

Furthermore, the Petitioner has been receiving extensive medical treatments for his two spinal conditions, including two spinal surgeries since his release. The Petitioner has been attending physical therapy twice weekly, in addition to counseling and other related appointments. Until very recently, the Petitioner has been doing all of this without the luxury of personal transportation.

## CONCLUSION

**WHEREFORE,** good cause exists, and in the interests of justice, the Petitioner requests this honorable court grant him one final 30 days extension. This extension should be of sufficient duration that the Petitioner is able to complete his Reply and file it with the court.

**EXECUTED** this 15th day of August, 2016.

ORDER

IT IS SO ORDRED.
DATED this 19th day of August, 2016.

_____
: Lloyd D. George
Sr. U.S. District Judge

Kelly Bryan Nunes
370 E. Harmon Ave. #J210
Las Vegas, Nevada 89169
702.972.6606 Phone
dodgerbluein702@gmail.com