PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE DISTRICT OF

## NEVADA

UNITED STATES OF AMERICA

v.

Kelly Nunes

Crim No. 2:10CR00356

On May 26, 2016 the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Digitally signed by
Kevin Rivera
Date: 2020.01.22
11:41:22 -08'00'

Kevin Rivera
United States Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23 day of January, 2020.

Lloyd D. George
Senior United States District Judge